THOMAS C. SCOTT ET AL., APPELLEES, V. JOSEPH F. CORNISH ET AL., APPELLANTS.

FILED APRIL 3, 1895. No. 6242.

Review: DISMISSAL OF APPEAL: COSTS: JUDGMENT WITHOUT
FINDING. The appeal of a party against whom alone the district court had found having been dismissed, the right of the remaining appellant to be relieved of costs is recognized in view of the fact that appellees have waived the want of a motion for such relief.

APPEAL from the district court of Douglas county. Heard below before HOPEWELL, J.

*Jacob Fawcett*, for appellants.

*J. W. Roudebush, contra.*

RYAN, C.

In this action the appeal of Joseph F. Cornish was dismissed for want of prosecution October 2, 1894. The rights of the other appellant, C. C. Stanley, are now presented for determination. The record discloses no finding whatever against the appellant last named, and the judgment against him was merely for costs. The appellees do not insist, as technically they might, that an alleged error in the taxation of costs, when that is the sole question made, should be presented in the district court by an appropriate motion. It is argued that since there were allegations in the petition that the contract assailed thereby was obtained by fraud through a conspiracy between the appellants, the finding that Joseph F. Cornish was guilty of fraud, as charged in the petition, was, by direct implication, a finding that C. C. Stanley was likewise guilty. It seems to us that this is too far fetched, for the finding of fraud does not necessarily involve the existence of a conspiracy, especially as this affirmative finding was alone in respect to one individual, who by no possibility could be guilty of conspiracy with himself. The judgment of the district court against C. C. Stanley is therefore

REVERSED.